McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN               3639-0
minkin@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:   808-524-8293

Attorney for Defendant
REDLINE RECOVERY SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| KYLE J. JOHNSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>REDLINE RECOVERY SERVICES, LLC,<br><br>        Defendant.<br>_____ | CIVIL NO. CV07-00124 JMS LEK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br>NO TRIAL DATE SET |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant REDLINE RECOVERY SERVICES, LLC, by and through

its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff KYLE J.

JOHNSON, by and through his attorney, John Harris Paer, stipulate to the

dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal

Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter has not been set.

DATED:  Honolulu, Hawai`i, September 11, 2007.

/s/ David J. Minkin
DAVID J. MINKIN

Attorney for Defendant
REDLINE RECOVERY SERVICES, LLC

/s/ John Harris Paer
JOHN HARRIS PAER

Attorney for Plaintiff
KYLE J. JOHNSON

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 11, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

Johnson vs. Redline Recovery Services, LLC; Civil No. 07-00124 JMS LEK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER